UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
**JUDITH MAYSONET** and **ANTHONY McFARLANE**,
as Parents and Natural Guardians of **A.M.**, and
**JUDITH MAYSONET** and **ANTHONY McFARLANE**,
Individually,                                                                                    Case No.: 22-cv-01685 (LGS)

                           Plaintiffs,                                        **NOTICE OF MOTION**

     -against-


**NEW YORK CITY DEPARTMENT
OF EDUCATION,**

                         Defendant.
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, dated June 24, 2022, and all pleadings and proceedings heretofore had herein, Plaintiffs JUDITH MAYSONET and ANTHONY McFARLANE, as Parents and Natural Guardians of A.M., and JUDITH MAYSONET and ANTHONY McFARLANE, Individually, will move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, before the Honorable Lorna G. Schofield, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order and Judgment granting Plaintiffs' Motion for Summary Judgment in its entirety, and for such other, further and different relief as the Court deems just, proper, and equitable.

Dated:   June 24, 2022
           New York, NY

Respectfully submitted,
Brain Injury Rights Group, Ltd.
*Attorneys for Plaintiffs*

By: \_\_\_\_\_/s/_____
Rory J. Bellantoni (RB2901)
300 East 95th Street, Suite 130
New York, NY 10128
rory@pabilaw.org

cc:

**VIA ECF**

Aaron Wiener
New York City Law Department
*Attorneys for Defendant*
100 Church Street
New York, NY 10007
212-356-4362
awiener@law.nyc.gov