

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AARON WIENER, ESQ.**<br>*Assistant Corporation Counsel*<br>*Phone: (212) 356-4362*<br>*Fax: (212) 356-1148*<br>*Email: awiener@law.nyc.gov* |

July 15, 2022

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application **GRANTED nunc pro tunc**. The motion is untimely and should have been made at least two business days in advance of the deadline sought to be extended. Plaintiffs' deadline to file their reply and opposition to Defendant's motion is extended by one day to **August 1, 2022**.
>
> Dated: July 18, 2022
>    New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Maysonet, et al. v. New York City Department of Education
        22-cv-01685 (LGS) (SLC)

Dear Judge Schofield:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the Department of Education in the above referenced matter. I write to request an extension of one calendar day to serve and file the Department's cross-motion for summary judgment and opposition to the Plaintiff's motion for summary judgment.

      The Department's deadline to serve and file its papers is today. ECF No. 15. Due to a personal obligation, I am unable to file the Department's moving papers by tonight's deadline, and intend to file the papers from outside New York State tomorrow. Accordingly, I request a one day extension of the deadline to file the Department's papers to July 16, 2022. I reached out to counsel for Plaintiffs today to obtain their consent to this request, but due to time constraints I have not heard back.

      This is the first such request the Department has made, and I apologize to the Court for the timing of this request. Thank you for your attention to this matter.

      Respectfully submitted,

      /s/ Aaron Wiener
      Aaron Wiener
      Assistant Corporation Counsel

cc: All counsel of record (by ECF)