**BRAIN INJURY RIGHTS GROUP**

Address:  300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website:  www.braininjuryrights.org

May 12, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **DENIED AS MOOT**.  Defendants' letter of May 15, 2023, represents that Defendants have paid the referenced amounts.  To the extent there are any further issues in need of judicial resolution, the parties shall include a statement regarding those issues in their joint letter regarding fees, due on May 19, 2023.  So Ordered.
>
> Dated: May 15, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Maysonet, et al. v. NYC Dep't of Education* **(22-cv-01685)**

Dear Judge Schofield:

As you are aware, the undersigned represents the Plaintiffs in the above-referenced matter. The Plaintiffs commenced this action under the Individuals with Disabilities Education Act on behalf of the Plaintiffs and their Student with Disabilities.

On March 31, 2023, after motion practice, Your Honor Ordered that the "Defendants shall pay iBrain $21,677.17 for outstanding tuition and $749.00 for outstanding transportation costs associated with A.M.'s placement for the 2018-2019 school year." [ECF No. 40].

**To date, the Defendants have not made the payments as Ordered by the Court.**

Because the Defendants failed to comply with the Court's March 31 Order, the Plaintiffs respectfully request Your Honor issue an Order requiring the Defendants to make the SO ORDERED payments, in full, within seven (7) days of issuing the Order.

The Plaintiffs thank the Court for its consideration and attention to this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)

Cc:   All Counsel of Record–Via ECF