UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUDITH MAYSONET, et al.,

                              Plaintiffs,        22 Civ. 1685 (LGS)

-against-                              <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the August 21, 2023, Order required the parties to file a joint status letter by September 15, 2023.

       WHEREAS, the parties have not filed the required status letter.

       **ORDERED** that, as soon as possible and no later than **September 22, 2023**, the parties shall file the required letter.

Dated: September 18, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE